UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                         Plaintiff,

                                                <u>ORDER</u>

                                                03-CR-6096L

                v.

DARRYL WILDS,

                         Defendant.
_____

       By decision entered August 22, 2011, the United States Court of Appeals remanded the case to this Court for reconsideration of the defendant Wilds' motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The Mandate issued and was filed on September 16, 2011. Defendant's counsel, the Federal Public Defender's Office, is directed to file papers in support of the reduction on or before October 28, 2011. The Government's response must be filed by November 14, 2011.

       IT IS SO ORDERED.

                                            _____
                                               DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       September 30, 2011.